■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of HENRY RAFLOWSKI, Petitioner, v SUTTON INVESTING CORP., Respondent.—Determination unanimously confirmed and petition dismissed, without costs (see, State Div. of Human Rights v Ingersoll-Rand Co., 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.